FOURTH DEPARTMENT, JULY, 1985

(July 12, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES W. SHORTRIDGE, JR., Appellant.—Upon remittitur

from the Court of Appeals, judgment unanimously affirmed. (Remittitur from Court of Appeals of judgment of Oneida County Court, Darrigrand, J.—manslaughter, first degree.) Present—Hancock, Jr., J. P., Callahan, Doerr and Denman, JJ.